THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HUDSON RIVER BRIDGE COMPANY AT ALBANY, Appellant, against STATE TAX COMMISSION, Respondent. CITY OF ALBANY, Intervener, Respondent.

Argued December 3, 1941; decided January 8, 1942.

*Robert D. Brooks, Frederick L. Wheeler, C. Raymond Hulsart, Jr.,* and *Clive C. Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Jack Goodman, Timothy F. Cohan* and *Henry Epstein* of counsel), for State Tax Commission, respondent.

*James J. McGuiness, Corporation Counsel (Joseph J. Casey* and *George Myers* of counsel), for City of Albany, intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.